IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>JESSICA RENEE FOSTER<br>SSAN: XXX-XX-6485<br><br><br><br>Debtor(s) | Case No. 17-31413-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on May 17, 2017.

2. The debtor(s) §341 Meeting of Creditors was held July 06, 2017.

3. The debtor(s) overall pay record is 50%.

(**X**) The Trustee has not received the debtor(s) tax returns as required by 11 U.S.C. § 521.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this September 05, 2017.

                                                                                Sabrina L. McKinney
                                                                               Chapter 13 Standing Trustee

                                                                               By: /s/*Tina J. Hayes*
                                                                               Tina J. Hayes
                                                                               Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this September 05, 2017.

Copy to: DEBTOR(S)
RICHARD D SHINBAUM

/s/*Tina J. Hayes*
_____
Tina J. Hayes
Staff Attorney